

SEALED BY ORDER OF COURT



E-filing FILED

OCT 11 2018

Susan Y. Soong
Clerk, U.S. District Court
Northern District of California
San Jose

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

**Instructions:** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

**CASE NAME:**

USA v.  Kristopher Purcell

**CASE NUMBER:**

CR  CR 18  00506

BLF

SVK

| | | |
|---|---|---|
| **Is This Case Under Seal?** | Yes ✓ | No |
| **Total Number of Defendants:** | 1 ✓ 2-7 | 8 or more |
| Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326? | Yes | No ✓ |
| Venue (Per Crim. L.R. 18-1): | SF  OAK | SJ ✓ |
| Is this a potential high-cost case? | Yes | No ✓ |
| Is any defendant charged with a death-penalty-eligible crime? | Yes | No ✓ |
| Is this a RICO Act gang case? | Yes | No ✓ |

Assigned AUSA
(Lead Attorney): Katie Griffin

Date Submitted: 10/10/2018

Comments:

| RESET FORM | SAVE PDF |
|---|---|

Form CAND-CRIM-COVER (Rev. 11/16)