ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

KATHERINE GRIFFIN (CABN 282162)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5081
    Katherine.Griffin@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 5:18-CR-506-BLF |
|     Plaintiff, ) | ~~JOINT [PROPOSED]~~ ORDER EXCLUDING TIME FROM DECEMBER 4, 2018 TO JANUARY 29, 2019 |
|     v. ) | |
| KRISTOPHER PURCELL, aka "K-Dawg," ) | |
|     Defendant. ) | |

       The defendant, KRISTOPHER PURCELL, represented by Edward Ajlouny, and the government, represented by Assistant United States Attorney Katherine Griffin, appeared before the Court on December 4, 2018, for a status conference. During this hearing, the government represented that production of discovery was ongoing, and the parties requested a continuance of the matter until January 29, 2019, for the effective preparation of counsel.

       The matter was continued to January 29, 2019, at 9:00 AM, for a further status conference before the Court. Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between December 4, 2018 and January 29, 2019, would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between

1  December 4, 2018 and January 29, 2019 from computation under the Speedy Trial Act outweigh the best
2  interests of the public and the defendant in a speedy trial.
3        Therefore, IT IS HEREBY ORDERED that the time between December 4, 2018, through and
4  including January 29, 2019, shall be excluded from computation under the Speedy Trial Act. *See* 18
5  U.S.C. § 3161(h)(7)(A) and (B)(iv).

8  DATED: _____

HON. BETH LABSON FREEMAN
United States District Judge

ORDER EXLUDING TIME
Case No. 5:18-CR-506-BLF