AO 257 (Rev. 6/78)

*Amended Penalty Sheet*

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☒ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 1962(d) (Count 1);
18 U.S.C. § 1959(a)(5) (Counts 2, 6, 7);
18 U.S.C. § 1959(a)(1) (Count 3);
18 U.S.C. § 1959(a)(3) (Counts 8 and 9);
18 U.S.C. § 924(c) (Counts 4, 10); and
18 U.S.C. § 924(j) (Count 5)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:** See attached.

Plus: forfeiture allegations included in indictment and possible immigration consequences.

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

**DEFENDANT - U.S**
▶ KRISTOPHER PURCELL aka "K-DAWG"

**DISTRICT COURT NUMBER**
5:18-CR-506-BLF

FILED DEC 17 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year  10/12/2018

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
Federal Bureau of Investigation, Special Agent Brian Walsh

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   ALEX G. TSE
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   AUSA GRIFFIN

☒ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT     Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

**Count 7: 18 U.S.C. § 1959(a)(5) – Attempted Murder in Aid of Racketeering of Victim-3**
    Maximum term of 10 years' imprisonment
    Maximum term of 3 years of supervised release
    Maximum fine of $250,000
    Mandatory special assessment of $100

**Count 8: 18 U.S.C. § 1959(a)(3) – Assault With a Dangerous Weapon in Aid of Racketeering of Victim-2**
    Maximum term of 20 years' imprisonment
    Maximum term of 3 years of supervised release
    Maximum fine of $250,000
    Mandatory special assessment of $100

**Count 9: 18 U.S.C. § 1959(a)(3) – Assault With a Dangerous Weapon in Aid of Racketeering of Victim-3**
    Maximum term of 20 years' imprisonment
    Maximum term of 3 years of supervised release
    Maximum fine of $250,000
    Mandatory special assessment of $100

**Count 10: 18 U.S.C. § 924(c)(1)(A) – Use/Possession of a Firearm in Furtherance of or During and in Relation to Crime of Violence**
    Mandatory consecutive term of imprisonment of not less than 25 years imprisonment and a maximum term of life imprisonment
    Maximum term of 5 years of supervised release
    Maximum fine of $250,000
    Mandatory special assessment of $100

**KRISTOPHER PURCELL aka "K-DAWG"**

**Count 1: 18 U.S.C. § 1962(d) – Racketeering Conspiracy**
Maximum term of life imprisonment
Maximum term of 5 years of supervised release
Maximum fine of $250,000
Mandatory special assessment of $100

**Count 2: 18 U.S.C. § 1959(a)(5) – Conspiracy to Murder in Aid of Racketeering**
Maximum term of 10 years' imprisonment
Maximum term of 3 years of supervised release
Maximum fine of $250,000
Mandatory special assessment of $100

**Count 3: 18 U.S.C. § 1959(a)(1) – Murder in Aid of Racketeering of Victim-1**
Death or Maximum of Life Imprisonment
Mandatory Minimum of Life Imprisonment
Maximum Fine of $250,000
Maximum Term of Supervised Release of 5 years
Mandatory Special Assessment of $100

**Count 4: 18 U.S.C. § 924(c)(1)(A) – Use/Possession of a Firearm in Furtherance of or During and in Relation to Crime of Violence**
Mandatory consecutive term of imprisonment of not less than 10 years imprisonment (as charged) and a maximum term of life imprisonment
Maximum term of 5 years of supervised release
Maximum fine of $250,000
Mandatory special assessment of $100

**Count 5: 18 U.S.C. § 924(j)(1) – Use of a Firearm Causing Murder**
Death or Maximum of Life Imprisonment
Maximum Fine of $250,000
Maximum Term of Supervised Release of 5 years
Mandatory Special Assessment of $100

**Count 6: 18 U.S.C. § 1959(a)(5) – Attempted Murder in Aid of Racketeering of Victim-2**
Maximum term of 10 years' imprisonment
Maximum term of 3 years of supervised release
Maximum fine of $250,000
Mandatory special assessment of $100