DAVID L. ANDERSON (CABN 149604)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

KATHERINE GRIFFIN (CABN 282162)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    Katherine.Griffin@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br><br> ANTHONY VALDEZ, and <br> KRISTOPHER PURCELL, <br>     Defendant. | NO. 5:18-CR-506-BLF <br><br> JOINT [PROPOSED] ORDER EXCLUDING TIME FROM JANUARY 29, 2019 TO MARCH 12, 2019 |

The defendants, ANTHONY VALDEZ and KRISTOPHER PURCELL, represented by Marcia Morrissey and Edward Ajlouny, respectively, and the government, represented by Assistant United States Attorney Katherine Griffin, appeared for a status conference before the Court on January 29, 2019.

During this hearing, the government and counsel for defendant VALDEZ represented that the parties expect to negotiate a potential protective order for discovery materials in this case. The parties also provided information to the Court concerning the anticipated appointment of death-qualified counsel for defendant PURCELL on January 31, 2019. The parties requested a continuance of the matter until March 12, 2019, for the effective preparation of counsel.

The matter was continued to March 12, 2019, at 9:00 AM, for a further status conference before the Court. Based upon the representation of counsel and for good cause shown, the Court finds that failing

to exclude the time between January 29, 2019 and March 12, 2019, would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The Court also considers the need for reasonable time to obtain counsel and continuity of counsel. *Id*. The Court further finds that the ends of justice served by excluding the time between January 29, 2019 and March 12, 2019 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial.

Therefore, IT IS HEREBY ORDERED that the time between January 29, 2019, through and including March 12, 2019, shall be excluded from computation under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: _____

_____
HON. BETH LABSON FREEMAN
United States District Judge