DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

KATHERINE GRIFFIN (CABN 282162)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    Katherine.Griffin@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) NO. 5:18-CR-506-BLF-2 |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] ORDER |
| v. | ) CONTINUING HEARING DATE AND |
| | ) EXCLUDING TIME FROM AUGUST 6, 2019 TO |
| KRISTOPHER PURCELL, aka "K-Dawg," | ) OCTOBER 22, 2019 |
| Defendant. | ) |

The defendant, KRISTOPHER PURCELL, represented by Kenneth Wine, and the Government, represented by Assistant United States Attorney Katherine Griffin, hereby stipulate and agree as follows:

    1.    The matter is currently set for a status hearing before this Court on August 6, 2019, at 9:00 AM.

    2.    This is a complex case due to the nature of the prosecution, including the racketeering and violence in aid of racketeering charges and the supporting evidence. This is supported by the Superseding Indictment and other matters on the record in this case. Currently, defense counsel is continuing to review discovery provided by the government, and is conduct appropriate investigation. The defense team is also in the process of collecting mitigating evidence and other information in light of the potential punishment in this case.

1   3.   Consequently, the parties jointly request a continuance of the status hearing until October
2   22, 2019, at 9:00 AM.
3   4.   The parties agree that, in light of the above, it is appropriate to exclude time under the
4   Speedy Trial Act, including for the effective preparation of counsel, and due to the complex nature of the
5   prosecution, through and including the newly requested hearing date of October 22, 2019.  The parties
6   therefore jointly request that the Court enter the Proposed Order below continuing the hearing date and
7   excluding time.

9   **SO STIPULATED.**

11                                                          DAVID L. ANDERSON
                                                            United States Attorney
12

13   Dated:  July 30, 2019                                  /s
                                                            KATHERINE GRIFFIN
14                                                          Assistant United States Attorney

16   Dated:  July 30, 2019                                  /s
17                                                          KENNETH WINE
                                                            Counsel for KRISTOPHER PURCELL

STIP. AND [PROPOSED] ORDER CONTINUING HEARING AND EXLUDING TIME
Case No. 5:18-CR-506-BLF-2

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS HEREBY ORDERED that the court proceeding currently scheduled on August 6, 2019, is continued to October 22, 2019, at 9:00 AM.

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between August 6, 2019, and October 22, 2019, would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  This is also a complex case due to the nature of the prosecution. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).  The Court further finds that the ends of justice are served by excluding the time between August 6, 2019, and October 22, 2019, from computation under the Speedy Trial Act and such exclusion outweighs the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY ORDERED that the time from August 6, 2019, through and including October 22, 2019, shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. §§ 3161(h)(7)(A), (B)(ii), and (B)(iv).

DATED: _____          _____
                                                                                        HON. BETH LABSON FREEMAN
                                                                                        United States District Judge