DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

KATHERINE GRIFFIN (CABN 282162)
Assistant United States Attorney

     150 Almaden Boulevard, Suite 900
     San Jose, California 95113
     Telephone: (408) 535-5061
     FAX: (408) 535-5066
     Katherine.Griffin@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 5:18-CR-506-BLF-2 |
| Plaintiff, | UNITED STATES' NOTICE OF INTENT NOT TO SEEK THE DEATH PENALTY AS TO DEFENDANT KIRSTOPHER PURCELL |
| v. | |
| KRISTOPHER PURCELL, | |
| Defendant. | |

The United States respectfully informs the Court that the Attorney General has authorized and directed the United States Attorney's Office for the Northern District of California not to seek the death penalty against Kristopher Purcell.

DATED:  December 17, 2019

                              Respectfully submitted,

                              DAVID L. ANDERSON
                              United States Attorney

                          _____/s/_____
                              KATHERINE GRIFFIN
                              Assistant United States Attorney