| | |
|---|---|
| 1 | DAVID L. ANDERSON (CABN 149604)<br>United States Attorney |
| 2 | |
| 3 | HALLIE HOFFMAN (CABN 210020)<br>Chief, Criminal Division |
| 4 | KATHERINE GRIFFIN (CABN 282162)<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Boulevard, Suite 900<br>San Jose, California 95113<br>Telephone: (408) 535-5061 |
| 7 | Katherine.Griffin@usdoj.gov |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KRISTOPHER PURCELL, aka "K-Dawg,"<br><br>　　　　Defendant. | NO. 5:18-CR-506-BLF-2<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE AND EXCLUDING TIME FROM JANUARY 7, 2020 TO JANUARY 14, 2020 |

The defendant, KRISTOPHER PURCELL, represented by Kenneth Wine, and the Government, represented by Assistant United States Attorney Katherine Griffin, hereby stipulate and agree as follows:

1. The matter is currently set for a change of plea or status hearing before this Court on January 7, 2020, at 9:00 AM.

2. This is a complex case due to the nature of the prosecution, including the racketeering and violence in aid of racketeering charges and the supporting evidence. This is supported by the Superseding Indictment and other matters on the record in this case.

3. The parties have reached a tentative agreement for disposition of the case, but request additional days to finish conducting appropriate research of the consequences of such disposition in this case.

4. Consequently, the parties jointly request a continuance until January 14, 2020, at 9:00 AM. The parties request that the Court set this case for a change of plea.

5. The parties agree that, in light of the above, it is appropriate to exclude time under the Speedy Trial Act, including for the effective preparation of counsel, and due to the complex nature of the prosecution, through and including the newly requested hearing date of January 14, 2020. The parties therefore jointly request that the Court enter the Proposed Order below continuing the hearing date and excluding time.

**SO STIPULATED.**

|  |  |
|---|---|
|  | DAVID L. ANDERSON<br>United States Attorney |
| Dated: January 2, 2020 | /s/<br>KATHERINE GRIFFIN<br>Assistant United States Attorney |
| Dated: January 2, 2020 | /s/<br>KENNETH WINE<br>Counsel for KRISTOPHER PURCELL |

## **[PROPOSED] ORDER**

Pursuant to stipulation, IT IS HEREBY ORDERED that the hearing currently scheduled on January 7, 2020, is continued to January 14, 2020, at 9:00 AM, for change of plea.

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between January 7, 2020, and January 14, 2020, would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). This is also a complex case due to the nature of the prosecution. *See* 18 U.S.C. § 3161(h)(7)(B)(ii). The Court further finds that the ends of justice are served by excluding the time between January 7, 2020, and January 14, 2020, from computation under the Speedy Trial Act and such exclusion outweighs the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY ORDERED that the time from January 7, 2020, through and including January 14, 2020, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii), and (B)(iv).

DATED: _____

_____
HON. BETH LABSON FREEMAN
United States District Judge