DAVID L. ANDERSON (CABN 149604)
United States Attorney



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KRISTOPHER PURCELL,<br>    aka "K-Dawg,"<br><br>    Defendant. | CASE NO.: 5:18-CR-506-BLF-2<br><br>VIOLATIONS: 18 U.S.C. § 1962(d) – Racketeering Conspiracy; 18 U.S.C. § 1959(a)(1) – Murder in Aid of Racketeering; 18 U.S.C. § 1959(a)(5) – Conspiracy and Attempted Murder in Aid of Racketeering; 18 U.S.C. § 2 – Aiding and Abetting; 21 U.S.C. §§ 846 and 841(a)(1); 18 U.S.C. § 1963, 21 U.S.C. § 853, and 28 U.S.C. § 2461(c) – Criminal Forfeiture<br><br>SAN JOSE VENUE |

SUPERSEDING INFORMATION

The United States Attorney charges, with all dates being approximate and all date ranges both approximate and inclusive, that at all times relevant to this Superseding Information:

Introductory Allegations

1.    La Nuestra Familia – Spanish for "Our Family" and also known as the "NF" – was and remains a prison gang that was formed in the late 1960s in the California state prison system. The emergence of the NF began with a segment of Mexican-American prisoners who were members of, and eventually became disgruntled with, the Mexican Mafia prison gang. This group of disgruntled inmates formed the NF as a rival prison gang to the Mexican Mafia. To this day, the NF and the Mexican Mafia remain enemies and fierce competitors, which has led to violence both on the streets and within custodial

SUPERSEDING INFORMATION
5:18-506-BLF-2

- 1 -

facilities.

2.      The NF is generally organized into a formal hierarchy of members. Its membership is composed of a relatively small number of made members, known as "carnales." There are various levels of status possessed by these carnales, and accordingly, each is afforded varying authority and responsibility over the organization and its subordinates. These carnales control and direct many of the activities of the various subordinate Norteno street gangs. Norteno street gangs are composed of members who refer to themselves generally as "Nortenos," and who subscribe to the NF ideology and recognize the NF as the supreme Norteno authority. The NF is able to assert control and influence over Norteno gang members because: (1) the Norteno gang members fear the NF's vast reach and ability to commit/order murders and assaults against persons inside and outside of custody, (2) the Norteno gang members want the protection provided by the NF if they ever become incarcerated, and (3) the Norteno members' belief in the NF ideology and the benefits afforded them as subordinates of the NF.

3.      Outside of custodial settings, the NF has organized its subordinate Norteno street gangs into established geographic territories called "street regiments." The city of Salinas and the encompassing Monterey County are controlled by one regiment known as the "Monterey County Regiment." A regiment is led by a "regiment commander," normally an NF member or associate, who has been given that authority by the NF. The NF's purpose for having established street regiments is to generate money that is then appropriately distributed within the NF and its subordinate organizations. These financial contributions may take the form of monthly "dues" paid by individual Norteno street gang members and/or the street gangs taxing their own members' and others' profits from illicit activities such as drug dealing.

4.      Under each street regiment, Norteno street gangs are typically divided based on the local neighborhoods or "hoods" where their members reside or are actively engaged in gang activity. Each Norteno street gang or "hood" has a name and its members and associates meet and work together to carry out their illegal activities for their own individual benefit, the benefit of the particular Norteno hood, the benefit of Nortenos generally, and the benefit of the NF. These Norteno hoods fight with other street gangs, including their primary rival Sureno[1] street gangs, to control lucrative illegal activities, to claim or

---

[1] Similar to the relationship between the NF and Norteno street gangs, Surenos are subordinate and pledge allegiance to the Mexican Mafia prison gang.

SUPERSEDING INFORMATION          - 2 -
5:18-506-BLF-2

maintain established territory, and to retaliate against a rival gang or perceived rival gang member. Norteno street gangs also engage in violence to recruit and influence non-gang members, to gain notoriety and respect, to dissuade potential witnesses from reporting crime or cooperating with law enforcement, to discipline fellow gang members, to assert their gang identities, to challenge or respond to a challenge, and to send a message to others that they are strong, powerful and not to be provoked.

5.    Norteno hoods want and need to have a reputation for being strong and powerful. They also need to increase their membership to survive and continue functioning as an organization on the streets. If a Norteno hood has a reputation for being weak, other gangs will challenge and assault its members, and will also attempt to take over its territory. This will cause the particular hood to lose membership and eventually dissolve. If a Norteno hood has a large membership and a reputation for being strong, powerful and dominant, rival groups will think twice before they challenge it and victims/witnesses will think twice about assisting authorities with prosecution attempts against its members. This will allow the hood (and Nortenos as a whole), to grow in strength, thrive in its criminal activity, and rule its territory.

6.    Within the ranks of Nortenos, gang members earn promotion and prestige by proving themselves through the commission of criminal activities benefitting the gang and/or by spending time in jail or prison. Nortenos commit crimes such as robbery, extortion, and narcotics trafficking to enrich themselves and the NF. Nortenos also engage in acts of violence, including murder and attempted murder, which is often the quickest way to earn prestige for the individual gang member, his hood, Nortenos in general, and the NF. A member or associate of a Norteno hood is expected to "hunt" — that is, seek out and beat, stab, or shoot — any rivals. Similarly, a member or associate of a Norteno gang is expected to confront and attack any suspected rival that he encounters. If a Norteno gang member fails to do so, such member would be subject to reprisal from his own gang. Because of this on-going conflict between Nortenos and their rival street gangs – most notably, Surenos – many innocent individuals have been hurt or killed as a result of mistaken identity or for being in the wrong place at the wrong time.

7.    Nortenos identify themselves with the color red and the number "14" in various forms. The number "14" corresponds with the letter "N," which is the fourteenth letter of the alphabet; the letter "N," in turn, is a reference to Nortenos or the NF. These and related symbols are often displayed by Norteno criminal street gang members in tattoos, graffiti, drawings, hand signs, and on clothing as a way

SUPERSEDING INFORMATION                    - 3 -
5:18-506-BLF-2

of displaying their affiliation, loyalty, and commitment to the gang.

### The Racketeering Enterprise: the Monterey County Regiment Enterprise

8.    Norteno street gangs under the umbrella of the Monterey County Regiment include the Boronda Boys (BOR), Santa Rita Bahamas (SRB), East Las Casitas (ELC), Salinas East Market (SEM), and others operating in and around Monterey County. Members and associates of these Norteno street gangs, along with their leadership consisting of NF members and associates, joined forces to essentially operate as a single, unified association-in-fact enterprise, herein referred to as the "Monterey County Regiment Enterprise" (or, simply, "the Enterprise").

9.    The Monterey County Regiment Enterprise, including its leadership, members, and associates, in the Northern District of California, the State of California, and elsewhere, constituted an "enterprise" as defined in Title 18, United States Code, Sections 1961(4) and 1959(b)(2), that is, a group of individuals associated in fact that was engaged in and the activities of which affected interstate and foreign commerce. The Enterprise constituted an ongoing organization whose members functioned as a continuing unit for a common purpose of achieving the objectives of the Enterprise.

### Purposes of the Enterprise

10.    The purposes of the Monterey County Regiment Enterprise included the following:

a.    Preserving and protecting the power, territory, reputation, and profits of the Enterprise through the use of intimidation, violence, and threats of violence;

b.    Promoting and enhancing the Enterprise and the activities of its members and associates through, among other acts, acts of murder, narcotics trafficking, extortion, and other criminal activities;

c.    Keeping rival gang members, potential informants and witnesses against the Enterprise, other victims and potential victims, community members, and fellow gang members in fear of the Enterprise and its members and associates through violence and threats of violence;

d.    Providing financial support to its members and associates; and

e.    Protecting the Enterprise's members and associates who committed crimes by hindering, obstructing, and preventing law enforcement officers from identifying the offenders, apprehending the offenders, and successfully prosecuting and punishing the offenders.

SUPERSEDING INFORMATION                    - 4 -
5:18-506-BLF-2

The Defendant

11.    At all times relevant to this Superseding Information, the defendant, KRISTOPHER PURCELL aka "K-Dawg," was a Norteno gang member and member of the Boronda Boys street gang, and therefore a member of the Enterprise. The defendant, as a member of the Monterey County Regiment Enterprise, acted individually, and also with other members and associates of the Monterey County Regiment Enterprise, in the commission of racketeering activities and other criminal conduct. Among other activities taken in furtherance of the Monterey County Regiment Enterprise, BOR and SRB members and associates including PURCELL formed a group or crew, at times referred to as the "murder squad," that hunted and killed rival gang members (or those perceived to be rival gang members) and other persons when it suited the purposes of the Monterey County Regiment Enterprise.

COUNT ONE:        (18 U.S.C. § 1962(d) – Racketeering Conspiracy)

12.    Paragraphs 1 through 11 of this Superseding Information are realleged and incorporated by reference as though fully set forth herein.

13.    Beginning on or about November 1, 2016, through on or about March 15, 2019, in the Northern District of California and elsewhere, defendant

KRISTOPHER PURCELL, aka "K-Dawg,"

together with others known and unknown, each being a person employed by and associated with the Monterey County Regiment Enterprise, an enterprise engaged in, and the activities of which affected, interstate and foreign commerce, unlawfully, knowingly, and willfully conspired to violate Title 18, United States Code, Section 1962(c), that is, to conduct and participate, directly and indirectly, in the conduct of the affairs of the Monterey County Regiment Enterprise through a pattern of racketeering activity, as defined in Title 18, United States Code, Sections 1961(1) and (5), which pattern of racketeering activity consisted of:

a.    multiple acts involving murder, in violation of California Penal Code Sections 187, 188, 189, 182, 21a, 31, and 664; and

b.    multiple offenses involving the trafficking of controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

14.    It was a part of the conspiracy that the defendant agreed that a conspirator would commit

SUPERSEDING INFORMATION               - 5 -
5:18-506-BLF-2

at least two acts of racketeering activity in the conduct of the affairs of the Enterprise.

Means and Methods of the Conspiracy

15.     Among the means and methods by which the defendant and his associates conducted and participated in the conduct of the affairs of the Enterprise were the following:

a.     Members and associates of the Monterey County Regiment Enterprise committed acts of violence, including acts of murder, against perceived rival gang members and others to enhance the Enterprise's prestige, maintain the authority and vitality of the Enterprise, increase the status of the Enterprise's members and associates, protect and expand the Enterprise's criminal operations, maintain discipline within its ranks, intimidate and influence members of the community, and prevent cooperation with law enforcement.

b.     Members and associates of the Monterey County Regiment Enterprise engaged in illicit activities designed to financially benefit the Enterprise and its members, including distributing controlled substances, as well as controlling the trafficking of narcotics in certain areas of Monterey County, including the area known as Chinatown, in Salinas, California.  To that end, members and associates of the Monterey County Regiment Enterprise controlled the supply and distribution channels for narcotics in the areas they controlled and required drug traffickers in those areas to share a portion of their profits with the Enterprise.  The Enterprise used violence, including acts of murder, to ensure compliance with its rules and regulations with respect to its control of the narcotics trafficking in these areas.

All in violation of Title 18, United States Code, Section 1962(d).

COUNT TWO:        (18 U.S.C. § 1959(a)(5) – Conspiracy to Murder in Aid of Racketeering)

16.     Paragraphs 1 through 11 of this Superseding Information are realleged and incorporated by reference as though fully set forth herein.

17.     At all times relevant to this Superseding Information, the Monterey County Regiment Enterprise, through its members and associates, engaged in racketeering activity, as defined in Title 18, United States Code, Sections 1959(b)(1) and 1961(1), namely, multiple acts involving murder, in violation of California Penal Code Sections 187, 188, 189, 182, 21a, 31, and 664; and multiple offenses involving the trafficking of controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1)

SUPERSEDING INFORMATION                      - 6 -
5:18-506-BLF-2

and 846.

18. Beginning on or about December 24, 2016, through on or about March 15, 2019, in the Northern District of California and elsewhere, for the purpose of gaining entrance to and maintaining and increasing position in the Monterey County Regiment Enterprise, an enterprise engaged in racketeering activity, defendant

KRISTOPHER PURCELL, aka "K-Dawg,"

together with others known and unknown, unlawfully, knowingly, and willfully combined, conspired, confederated, and agreed together and with each other to commit murder, in violation of California Penal Code Sections 187, 188, 189, and 182, to wit, the defendant agreed with other members of the Monterey County Regiment Enterprise to kill actual and suspected members of rival gangs and other persons when it furthered the status and goals of the Monterey County Regiment Enterprise.

All in violation of Title 18, United States Code, Section 1959(a)(5).

COUNT THREE:    (18 U.S.C. §§ 1959(a)(5) and 2 – Attempted Murder in Aid of Racketeering of Victim-1)

19. Paragraphs 1 through 11 and 17 of this Superseding Information are realleged and incorporated by reference as though fully set forth herein.

20. On or about December 24, 2016, on Towt Street in Salinas, California, within the Northern District of California and elsewhere, for the purpose of gaining entrance to and maintaining and increasing position in the Monterey County Regiment Enterprise, an enterprise engaged in racketeering activity, defendant

KRISTOPHER PURCELL, aka "K-Dawg,"

together with others known and unknown, each aided and abetted by the other, unlawfully, knowingly, and willfully attempted to murder Victim-1, in violation of California Penal Code Sections 187, 188, 189, 21a, 31, and 664.

All in violation of Title 18, United States Code, Sections 1959(a)(5) and 2.

COUNT FOUR:    (18 U.S.C. §§ 1959(a)(5) and 2 – Attempted Murder in Aid of Racketeering of Victim-2, Victim-3, and Victim-4)

21. Paragraphs 1 through 11 and 17 of this Superseding Information are realleged and

SUPERSEDING INFORMATION                    - 7 -
5:18-506-BLF-2

incorporated by reference as though fully set forth herein.

22. On or about December 29, 2016, on James Street in Salinas, California, within the Northern District of California and elsewhere, for the purpose of gaining entrance to and maintaining and increasing position in the Monterey County Regiment Enterprise, an enterprise engaged in racketeering activity, defendant

KRISTOPHER PURCELL, aka "K-Dawg,"

together with others known and unknown, each aided and abetted by the other, unlawfully, knowingly, and willfully attempted to murder Victim-2, Victim-3, and Victim-4, in violation of California Penal Code Sections 187, 188, 189, 21a, 31, and 664.

All in violation of Title 18, United States Code, Sections 1959(a)(5) and 2.

COUNT FIVE:    (18 U.S.C. §§ 1959(a)(5) and 2 – Attempted Murder in Aid of Racketeering of Victim-5)

23. Paragraphs 1 through 11 and 17 of this Superseding Information are realleged and incorporated by reference as though fully set forth herein.

24. On or about January 7, 2017, on Hayes Street in Salinas, California, within the Northern District of California and elsewhere, for the purpose of gaining entrance to and maintaining and increasing position in the Monterey County Regiment Enterprise, an enterprise engaged in racketeering activity, defendant

KRISTOPHER PURCELL, aka "K-Dawg,"

together with others known and unknown, each aided and abetted by the other, unlawfully, knowingly, and willfully attempted to murder Victim-5, in violation of California Penal Code Sections 187, 188, 189, 21a, 31, and 664.

All in violation of Title 18, United States Code, Sections 1959(a)(5) and 2.

COUNT SIX:    (18 U.S.C. §§ 1959(a)(1) and 2 – Murder in Aid of Racketeering of Victim-6)

25. Paragraphs 1 through 11 and 17 of this Superseding Information are realleged and incorporated by reference as though fully set forth herein.

26. On or about January 12, 2017, on Sunrise Street in Salinas, California, within the Northern District of California and elsewhere, for the purpose of gaining entrance to and maintaining and increasing

SUPERSEDING INFORMATION                    - 8 -
5:18-506-BLF-2

position in the Monterey County Regiment Enterprise, an enterprise engaged in racketeering activity, defendant

KRISTOPHER PURCELL, aka "K-Dawg,"

together with others known and unknown, each aided and abetted by the other, unlawfully, knowingly, and willfully murdered Victim-6, in violation of California Penal Code Sections 187, 188, 189, and 31.

All in violation of Title 18, United States Code, Sections 1959(a)(1) and 2.

COUNT SEVEN:    (18 U.S.C. §§ 1959(a)(1) and 2 – Murder in Aid of Racketeering of Victim-7)

27.    Paragraphs 1 through 11 and 17 of this Superseding Information are realleged and incorporated by reference as though fully set forth herein.

28.    On or about January 12, 2017, on Sunrise Street in Salinas, California, within the Northern District of California and elsewhere, for the purpose of gaining entrance to and maintaining and increasing position in the Monterey County Regiment Enterprise, an enterprise engaged in racketeering activity, defendant

KRISTOPHER PURCELL, aka "K-Dawg,"

together with others known and unknown, each aided and abetted by the other, unlawfully, knowingly, and willfully murdered Victim-7, in violation of California Penal Code Sections 187, 188, 189, and 31.

All in violation of Title 18, United States Code, Sections 1959(a)(1) and 2.

COUNT EIGHT:    (18 U.S.C. §§ 1959(a)(5) and 2 – Attempted Murder in Aid of Racketeering of Victim-8 and Victim-9)

29.    Paragraphs 1 through 11 and 17 of this Superseding Information are realleged and incorporated by reference as though fully set forth herein.

30.    On or about January 12, 2017, on Sunrise Street in Salinas, California, within the Northern District of California and elsewhere, for the purpose of gaining entrance to and maintaining and increasing position in the Monterey County Regiment Enterprise, an enterprise engaged in racketeering activity, defendant

KRISTOPHER PURCELL, aka "K-Dawg,"

together with others known and unknown, each aided and abetted by the other, unlawfully, knowingly, and willfully attempted to murder Victim-8 and Victim-9, in violation of California Penal Code Sections

187, 188, 189, 21a, 31, and 664.

All in violation of Title 18, United States Code, Sections 1959(a)(5) and 2.

COUNT NINE:        (18 U.S.C. §§ 1959(a)(1) and 2 – Murder in Aid of Racketeering of Victim-10)

31.    Paragraphs 1 through 11 and 17 of this Superseding Information are realleged and incorporated by reference as though fully set forth herein.

32.    On or about February 11, 2017, on Fremont Street in Salinas, California, within the Northern District of California and elsewhere, for the purpose of gaining entrance to and maintaining and increasing position in the Monterey County Regiment Enterprise, an enterprise engaged in racketeering activity, defendant

KRISTOPHER PURCELL, aka "K-Dawg,"

together with others known and unknown, each aided and abetted by the other, unlawfully, knowingly, and willfully murdered Victim-10, in violation of California Penal Code Sections 187, 188, 189, and 31.

All in violation of Title 18, United States Code, Sections 1959(a)(1) and 2.

COUNT TEN:        (18 U.S.C. §§ 1959(a)(5) and 2 – Attempted Murder in Aid of Racketeering of Victim-11)

33.    Paragraphs 1 through 11 and 17 of this Superseding Information are realleged and incorporated by reference as though fully set forth herein.

34.    On or about February 11, 2017, on Fremont Street in Salinas, California, within the Northern District of California and elsewhere, for the purpose of gaining entrance to and maintaining and increasing position in the Monterey County Regiment Enterprise, an enterprise engaged in racketeering activity, defendant

KRISTOPHER PURCELL, aka "K-Dawg,"

together with others known and unknown, each aided and abetted by the other, unlawfully, knowingly, and willfully attempted to murder Victim-11, in violation of California Penal Code Sections 187, 188, 189, 21a, 31, and 664.

All in violation of Title 18, United States Code, Sections 1959(a)(5) and 2.

//

//

SUPERSEDING INFORMATION                    - 10 -
5:18-506-BLF-2

COUNT ELEVEN:  (18 U.S.C. §§ 1959(a)(5) and 2 – Attempted Murder in Aid of Racketeering of Victim-12 and Victim-13)

35.  Paragraphs 1 through 11 and 17 of this Superseding Information are realleged and incorporated by reference as though fully set forth herein.

36.  On or about February 12, 2017, on Orchard Avenue in Salinas, California, within the Northern District of California and elsewhere, for the purpose of gaining entrance to and maintaining and increasing position in the Monterey County Regiment Enterprise, an enterprise engaged in racketeering activity, defendant

KRISTOPHER PURCELL, aka "K-Dawg,"

together with others known and unknown, each aided and abetted by the other, unlawfully, knowingly, and willfully attempted to murder Victim-12 and Victim-13, in violation of California Penal Code Sections 187, 188, 189, 21a, 31, and 664.

All in violation of Title 18, United States Code, Sections 1959(a)(5) and 2.

COUNT TWELVE:  (18 U.S.C. §§ 1959(a)(5) and 2 – Attempted Murder in Aid of Racketeering of Victim-14 and Victim-15)

37.  Paragraphs 1 through 11 and 17 of this Superseding Information are realleged and incorporated by reference as though fully set forth herein.

38.  On or about February 16, 2017, on Elkington Avenue in Salinas, California, within the Northern District of California and elsewhere, for the purpose of gaining entrance to and maintaining and increasing position in the Monterey County Regiment Enterprise, an enterprise engaged in racketeering activity, defendant

KRISTOPHER PURCELL, aka "K-Dawg,"

together with others known and unknown, each aided and abetted by the other, unlawfully, knowingly, and willfully attempted to murder Victim-14 and Victim-15, in violation of California Penal Code Sections 187, 188, 189, 21a, 31, and 664.

All in violation of Title 18, United States Code, Sections 1959(a)(5) and 2.

//

//

SUPERSEDING INFORMATION
5:18-506-BLF-2

- 11 -

COUNT THIRTEEN:        (18 U.S.C. §§ 1959(a)(1) and 2 – Murder in Aid of Racketeering of Victim-16)

39.    Paragraphs 1 through 11 and 17 of this Superseding Information are realleged and incorporated by reference as though fully set forth herein.

40.    On or about May 13, 2017, on Paloma Avenue in Salinas, California, within the Northern District of California and elsewhere, for the purpose of gaining entrance to and maintaining and increasing position in the Monterey County Regiment Enterprise, an enterprise engaged in racketeering activity, defendant

KRISTOPHER PURCELL, aka "K-Dawg,"

together with others known and unknown, each aided and abetted by the other, unlawfully, knowingly, and willfully murdered Victim-16, in violation of California Penal Code Sections 187, 188, 189, and 31.

All in violation of Title 18, United States Code, Sections 1959(a)(1) and 2.

COUNT FOURTEEN:        (18 U.S.C. §§ 1959(a)(5) and 2 – Attempted Murder in Aid of Racketeering of Victim-17 and Victim-18)

41.    Paragraphs 1 through 11 and 17 of this Superseding Information are realleged and incorporated by reference as though fully set forth herein.

42.    On or about August 13, 2017, on Rider Avenue in Salinas, California, within the Northern District of California and elsewhere, for the purpose of gaining entrance to and maintaining and increasing position in the Monterey County Regiment Enterprise, an enterprise engaged in racketeering activity, defendant

KRISTOPHER PURCELL, aka "K-Dawg,"

together with others known and unknown, each aided and abetted by the other, unlawfully, knowingly, and willfully attempted to murder Victim-17 and Victim-18, in violation of California Penal Code Sections 187, 188, 189, 21a, 31, and 664.

All in violation of Title 18, United States Code, Sections 1959(a)(5) and 2.

COUNT FIFTEEN:        (21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A) – Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine)

43.    Beginning on or about December 1, 2016, through on or about March 15, 2019, in the

SUPERSEDING INFORMATION                    - 12 -
5:18-506-BLF-2

Northern District of California and elsewhere, defendant

KRISTOPHER PURCELL, aka "K-Dawg,"

together with others, did knowingly and intentionally conspire to distribute and possess with intent to distribute a Schedule II controlled substance, specifically, 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(A)(viii).

COUNT SIXTEEN:        (21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A) – Conspiracy to Distribute and Possess with Intent to Distribute Cocaine Base)

44.    Beginning on or about December 1, 2016, through on or about March 15, 2019, in the Northern District of California and elsewhere, defendant

KRISTOPHER PURCELL, aka "K-Dawg,"

together with others, did knowingly and intentionally conspire to distribute and possess with intent to distribute a Schedule II controlled substance, specifically, 280 grams and more of a mixture and substance containing a detectable amount of cocaine base, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(A)(iii).

COUNT SEVENTEEN:        (21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A) – Conspiracy to Distribute and Possess with Intent to Distribute Heroin)

45.    Beginning on or about December 1, 2016, through on or about March 15, 2019, in the Northern District of California and elsewhere, defendant

KRISTOPHER PURCELL, aka "K-Dawg,"

together with others, did knowingly and intentionally conspire to distribute and possess with intent to distribute a Schedule I controlled substance, specifically, one kilogram and more of a mixture and substance containing a detectable amount of heroin, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(A)(i).

NOTICE OF SPECIAL SENTENCING FACTORS FOR COUNT ONE

Number 1: Conspiracy to Commit Murder

46.    Beginning on or about December 24, 2016, through on or about March 15, 2019, in the Northern District of California and elsewhere, defendant

KRISTOPHER PURCELL, aka "K-Dawg,"

together with others, unlawfully, knowingly and willfully conspired to commit murder, in violation of California Penal Code Sections 187, 188, 189, and 182, specifically, the defendants agreed together and with each other to kill, with malice aforethought, actual and suspected members of rival gangs and others.

Number 2: Attempted First Degree Murder of Victim-1

47.    On or about December 24, 2016, in the Northern District of California and elsewhere, defendant

KRISTOPHER PURCELL, aka "K-Dawg,"

unlawfully, knowingly, and willfully, and with deliberation and premeditation, and with malice aforethought, attempted to kill Victim-1, in violation of California Penal Code Sections 187, 188, 189, 21a, 31, and 664.

Number 3: Attempted First Degree Murder of Victim-2, Victim-3, and Victim-4

48.    On or about December 29, 2016, in the Northern District of California and elsewhere, defendant

KRISTOPHER PURCELL, aka "K-Dawg,"

unlawfully, knowingly, and willfully, and with deliberation and premeditation, and with malice aforethought, attempted to kill Victim-2, Victim-3, and Victim-4, in violation of California Penal Code Sections 187, 188, 189, 21a, 31, and 664.

Number 4: Attempted First Degree Murder of Victim-5

49.    On or about January 7, 2017, in the Northern District of California and elsewhere, defendant

KRISTOPHER PURCELL, aka "K-Dawg,"

unlawfully, knowingly, and willfully, and with deliberation and premeditation, and with malice aforethought, attempted to kill Victim-5, in violation of California Penal Code Sections 187, 188, 189, 21a, 31, and 664.

Number 5: First Degree Murder of Victim-6

50.    On or about January 12, 2017, in the Northern District of California and elsewhere, defendant

KRISTOPHER PURCELL, aka "K-Dawg,"

unlawfully, knowingly, and willfully, and with deliberation and premeditation, killed, with malice aforethought, Victim-6, in violation of California Penal Code Sections 187, 188, 189, and 31.

Number 6: First Degree Murder of Victim-7

51.    On or about January 12, 2017, in the Northern District of California and elsewhere, defendant

KRISTOPHER PURCELL, aka "K-Dawg,"

unlawfully, knowingly, and willfully, and with deliberation and premeditation, killed, with malice aforethought, Victim-7, in violation of California Penal Code Sections 187, 188, 189, and 31.

Number 7: Attempted First Degree Murder of Victim-8 and Victim-9

52.    On or about January 12, 2017, in the Northern District of California and elsewhere, defendant

KRISTOPHER PURCELL, aka "K-Dawg,"

unlawfully, knowingly, and willfully, and with deliberation and premeditation, and with malice aforethought, attempted to kill Victim-8 and Victim-9, in violation of California Penal Code Sections 187, 188, 189, 21a, 31, and 664.

Number 8: First Degree Murder of Victim-10

53.    On or about February 11, 2017, in the Northern District of California and elsewhere, defendant

KRISTOPHER PURCELL, aka "K-Dawg,"

unlawfully, knowingly, and willfully, and with deliberation and premeditation, killed, with malice aforethought, Victim-10, in violation of California Penal Code Sections 187, 188, 189, and 31.

Number 9: Attempted First Degree Murder of Victim-11

54.    On or about February 11, 2017, in the Northern District of California and elsewhere, defendant

KRISTOPHER PURCELL, aka "K-Dawg,"

unlawfully, knowingly, and willfully, and with deliberation and premeditation, and with malice aforethought, attempted to kill Victim-11, in violation of California Penal Code Sections 187, 188, 189,

21a, 31, and 664.

<u>Number 10: Attempted First Degree Murder of Victim-12 and Victim-13</u>

55.     On or about February 12, 2017, in the Northern District of California and elsewhere, defendant

KRISTOPHER PURCELL, aka "K-Dawg,"

unlawfully, knowingly, and willfully, and with deliberation and premeditation, and with malice aforethought, attempted to kill Victim-12 and Victim-13, in violation of California Penal Code Sections 187, 188, 189, 21a, 31, and 664.

<u>Number 11: Attempted First Degree Murder of Victim-14 and Victim-15</u>

56.     On or about February 16, 2017, in the Northern District of California and elsewhere, defendant

KRISTOPHER PURCELL, aka "K-Dawg,"

unlawfully, knowingly, and willfully, and with deliberation and premeditation, and with malice aforethought, attempted to kill Victim-14 and Victim-15, in violation of California Penal Code Sections 187, 188, 189, 21a, 31, and 664.

<u>Number 12: First Degree Murder of Victim-16</u>

57.     On or about May 13, 2017, in the Northern District of California and elsewhere, defendant

KRISTOPHER PURCELL, aka "K-Dawg,"

unlawfully, knowingly, and willfully, and with deliberation and premeditation, killed, with malice aforethought, Victim-16, in violation of California Penal Code Sections 187, 188, 189, and 31.

<u>Number 13: Attempted First Degree Murder of Victim-17 and Victim-18</u>

58.     On or about August 13, 2017, in the Northern District of California and elsewhere, defendant

KRISTOPHER PURCELL, aka "K-Dawg,"

unlawfully, knowingly, and willfully, and with deliberation and premeditation, and with malice aforethought, attempted to kill Victim-17 and Victim-18, in violation of California Penal Code Sections 187, 188, 189, 21a, 31, and 664.

//

Number 14: Conspiracy to Distribute Methamphetamine

59.    Beginning on or about December 1, 2016, through on or about March 15, 2019, in the Northern District of California and elsewhere, defendant

KRISTOPHER PURCELL, aka "K-Dawg,"

together with others, did knowingly and intentionally conspire to distribute and possess with intent to distribute a Schedule II controlled substance, specifically, 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(A).

Number 15: Conspiracy to Distribute Cocaine Base

60.    Beginning on or about December 1, 2016, through on or about March 15, 2019, in the Northern District of California and elsewhere, defendant

KRISTOPHER PURCELL, aka "K-Dawg,"

together with others, did knowingly and intentionally conspire to distribute and possess with intent to distribute a Schedule II controlled substance, specifically, 280 grams and more of a mixture and substance containing a detectable amount of cocaine base, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(A).

Number 16: Conspiracy to Distribute Heroin

61.    Beginning on or about December 1, 2016, through on or about March 15, 2019, in the Northern District of California and elsewhere, defendant

KRISTOPHER PURCELL, aka "K-Dawg,"

together with others, did knowingly and intentionally conspire to distribute and possess with intent to distribute a Schedule I controlled substance, specifically, one kilogram and more of a mixture and substance containing a detectable amount of heroin, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(A).

FORFEITURE ALLEGATION:  (18 U.S.C. § 1963, 21 U.S.C. § 853, and 28 U.S.C. § 2461(c))

62.    The factual allegations contained in the Paragraphs 1 through 61 of this Superseding Information are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 1963, and Title 28, United States

SUPERSEDING INFORMATION                    - 17 -
5:18-506-BLF-2

Code, Section 2461(c).

63.    Upon conviction of the offense alleged in Count One of this Superseding Information, the defendant,

KRISTOPHER PURCELL, aka "K-Dawg,"

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 1963(a), (1) any interest he has acquired or maintained in violation of Section 1962 of Title 18 of the United States Code; (2) any interest in, security of, claim against, or property or contractual right of any kind affording a source of influence over, any enterprise which he has established, operated, controlled, conducted, or participated in the conduct of, in violation of Section 1962 of Title 18 of the United States Code; and (3) any property constituting or derived from any proceeds which he obtained directly or indirectly from racketeering activity, in violation of Title 18, United States Code, Section 1962.

64.    Upon a conviction of the offenses alleged in Counts Fifteen through Seventeen of the Superseding Information, the defendant,

KRISTOPHER PURCELL, aka "K-Dawg,"

shall forfeit to the United States all right, title, and interest in property constituting and derived from any proceeds the defendant obtained, directly or indirectly, as a result of said violations, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violation, pursuant to Title 21, United States Code, Section 853.

65.    If, as a result of any act or omission of the defendant, any of the property subject to forfeiture

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to or deposited with, a third person;

c.    has been placed beyond the jurisdiction of the Court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be divided without difficulty;

any and all interest the defendant has in any other property, shall be forfeited to the United States pursuant to 21 U.S.C. § 853(p) and 18 U.S.C. § 1963(m).

SUPERSEDING INFORMATION                    - 18 -
5:18-506-BLF-2

All pursuant to 18 U.S.C. § 1963, 21 U.S.C. § 853, 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.

DATED:  January 3, 2020

DAVID L. ANDERSON
United States Attorney

KATHERINE GRIFFIN
Assistant United States Attorney

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☒ INFORMATION   ☐ INDICTMENT

☒ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 1962(d) (Count 1);
18 U.S.C. § 1959(a)(5) (Count 2);
18 U.S.C. §§ 1959(a)(5) and 2 (Counts 3-5, 8, 10-12, 14);
18 U.S.C. §§ 1959(a)(1) and 2 (Counts 6, 7, 9, 13); and
21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A) (Counts 15-17)

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   See attached.

Plus: potential forfeiture, restitution, and possible immigration consequences.

Name of District Court, and/or Judge/Magistrate Location

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

**DEFENDANT - U.S**

▶ KRISTOPHER PURCELL aka "K-DAWG"

DISTRICT COURT NUMBER

5:18-CR-506-BLF-02

FILED

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

Federal Bureau of Investigation, Special Agent Brian Walsh

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. ATTORNEY   ☐ DEFENSE

} SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form   DAVID L. ANDERSON

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   AUSA KATHERINE GRIFFIN

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☒ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
} ☐ Federal ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No
} If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year   10/12/2018

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT

Bail Amount: no bail

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:          Before Judge:

Comments:

**KRISTOPHER PURCELL aka "K-DAWG"**

**Racketeering Conspiracy, in violation of 18 U.S.C. § 1962(d) (Count One)**
      Maximum prison term: Life imprisonment
      Maximum fine: $250,000
      Maximum supervised release term: 5 years
      Mandatory special assessment: $100

**Conspiracy to Murder in Aid of Racketeering, in violation of 18 U.S.C. § 1959(a)(5) (Count Two)**
      Maximum prison term: 10 years
      Maximum fine: $250,000
      Maximum supervised release term: 3 years
      Mandatory special assessment: $100

**Attempted Murder in Aid of Racketeering, in violation of 18 U.S.C. §§ 1959(a)(5) and 2 (Counts Three, Four, Five, Eight, Ten, Eleven, Twelve, and Fourteen)**
      Maximum prison term: 10 years
      Maximum fine: $250,000
      Maximum supervised release term: 3 years
      Mandatory special assessment: $100

**Murder in Aid of Racketeering, in violation of 18 U.S.C. §§ 1959(a)(1) and 2 (Counts Six, Seven, Nine, and Thirteen)**
      Maximum prison term: Life imprisonment
      Mandatory minimum term of imprisonment: Life imprisonment
      Maximum fine: $250,000
      Maximum supervised release term: 5 years
      Mandatory special assessment: $100

**Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances (Methamphetamine, Cocaine Base, and Heroin), in violation of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A) (Counts Fifteen, Sixteen, and Seventeen)**
      Maximum prison term: Life imprisonment
      Minimum prison term: 10 years' imprisonment
      Maximum fine: $10 million
      Maximum supervised release term: Life
      Minimum supervised release term: 5 years
      Mandatory special assessment: $100