# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA



*FILED*

*JAN 03 2020*

*CLERK, SUSAN Y. SOONG*
*NORTHERN U.S. DISTRICT COURT*
*DISTRICT OF CALIFORNIA*
*SAN JOSE, CALIFORNIA*

## CRIMINAL COVER SHEET

**Instructions:** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted along with the Defendant Information Form, for each new criminal case.*

| | |
|---|---|
| **CASE NAME:** | **CASE NUMBER:** |
| USA v.  Kristopher Purcell | CR 18-CR-506-BLF |

**Is This Case Under Seal?**   Yes   No ✓

**Total Number of Defendants:**   1 ✓   2-7   8 or more

**Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?**   Yes   No ✓

**Venue (Per Crim. L.R. 18-1):**   SF   OAK   SJ ✓

**Is this a potential high-cost case?**   Yes   No ✓

**Is any defendant charged with a death-penalty-eligible crime?**   Yes   No ✓

**Is this a RICO Act gang case?**   Yes ✓   No

**Assigned AUSA (Lead Attorney):** Katherine Griffin        **Date Submitted:** 1/3/2020

**Comments:**

RESET FORM          SAVE PDF

Form CAND-CRIM-COVER (Rev. 11/16)