DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ANDREW L. LIAO (CABN 271219)
Assistant United States Attorney

   150 South Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5063
   Facsimile: (408) 535-5066
   Andrew.Liao@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 18-00506 BLF |
| Plaintiff, | |
| v. | NOTICE OF ATTORNEY APPEARANCE |
| ANTHONY VALDEZ et al, | |
| Defendant. | |

Please take notice that as of February 11, 2020, the Assistant U.S. Attorney whose name, address, telephone number and email address are listed below was assigned to be co-counsel for the government.

   Andrew L. Liao
   150 Almaden Blvd., Suite 900
   San Jose, CA  95113
   Telephone: (408) 535-5063
   Andrew.Liao@usdoj.gov

DATED: February 11, 2020                       Respectfully submitted,

                                                          DAVID L. ANDERSON
                                                          United States Attorney

                                                          _____/s/_____
                                                          ANDREW L. LIAO
                                                          Assistant United States Attorney