DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

KATHERINE GRIFFIN (CABN 282162)
ANDREW L. LIAO (CABN 271219)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5066
    Katherine.Griffin@usdoj.gov
    Andrew.Liao@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANTHONY VALDEZ, ET AL., <br><br> Defendant. | NO. 5:18-CR-506-BLF <br> [FILED OCTOBER 11, 2018] |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MATTHEW RAMIREZ, <br><br> Defendant. | NO. 5:20-CR-189-LHK <br> [FILED MAY 6, 2020] <br><br> NOTICE OF RELATED CASE IN A CRIMINAL ACTION |

    The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the Court that the two above-captioned criminal cases are related. The charging instruments (Indictment, Superseding Indictment, and Superseding Information) in *United States v. Valdez, et al.*, 5:18-CR-506-BLF, and the

NOTICE OF RELATED CASES                                              v. 7/10/2018

Information in *United States v. Ramirez*, 5:20-CR-189-LHK, each charge criminal racketeering-related offenses stemming from the defendants' Norteno street gang membership and participation in a "murder squad" with other known and unknown Norteno gang members and associates in Monterey County, California.

These cases appear to involve some of "the same alleged events, occurrences, transactions or property," pursuant to Local Criminal Rule 8-1(b)(1). Furthermore, the cases are related within the meaning of Local Rule 8-1(b)(2) because, if heard by separate judges, the actions likely would involve substantial duplication of labor by the two judges. At the very least, the government anticipates that facts and evidence related to each case will be used in the sentencing(s) of the other case.

Per the requirement of Local Criminal Rule 8-1(c)(4), government counsel states that assignment of these cases to a single judge is likely to conserve judicial resources and promote an efficient determination of each action.

DATED: May 6, 2020                               Respectfully submitted,

                                                 DAVID L. ANDERSON
                                                 United States Attorney


                                                 _____/s/_____
                                                 KATHERINE GRIFFIN
                                                 ANDREW L. LIAO
                                                 Assistant United States Attorneys